# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 08-00535JMS-LEK |
| CASE NAME: | Jeanne Lesperance, et al. Vs. United States of America |
| ATTYS FOR PLA: | Stuart M. Kodish |
| ATTYS FOR DEFT: | Harry Yee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 8/11/2009 | TIME: | 1:47-1:52 |

COURT ACTION:  EP: Settlement on the Record held.  Terms stated.

Trial date and all deadlines are Vacated. Magistrate Judge Leslie E. Kobayashi to recommend to  Judge J. Michael Seabright to enter Order for Dismissal in 30 days.

Submitted by: Warren N. Nakamura, Courtroom Manager